United States District Court
Southern District of Texas
**ENTERED**
October 30, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EVA KRISTINE STRAMASKI, § § Plaintiff. § § VS. § TEXAS A&M ENGINEERING § EXPERIMENT STATION, ET AL., § § Defendants. § | CIVIL ACTION NO. 4:20-CV-00156 |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On May 15, 2020, this case was referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(B). Dkt. 15. Judge Edison considered Defendant's Motion to Dismiss Plaintiff's First Amended Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim (Dkt. 18) (the "Motion"). On August 20, 2020, Judge Edison filed a Memorandum and Recommendation (Dkt. 23) recommending that the Motion (Dkt. 18) be **GRANTED** in part and **DENIED** in part.

On September 3, 2020, Defendant, Dr. Mark Lawley, filed his Objections. Dkt. 24. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*.; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections raised by Dr. Lawley; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 23) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) the Motion (Dkt. 18) is **GRANTED** in part and **DENIED** in part in accordance with Judge Edison's Memorandum and Recommendation (Dkt. 23).

It is so **ORDERED**.

SIGNED and ENTERED the 30th day of October, 2020.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE